AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Brian Saving and Cynthia Saving

V.

Officer Ryan Gulli, Village of Midlothian, and As-yet Unidentified Officers

CASE NUMBER: 1:16-cv-03444

ASSIGNED JUDGE: Judge Robert W. Gettleman

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Jeffrey Cole

TO: (Name and address of Defendant)

Officer Ryan Gulli
Midlothian Police Department
14801 S. Pulaski Rd.
Midlothian, IL 60445

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sarah Grusin
Loevy & Loevy
312 N. May St., Suite 100
Chicago, IL 60607

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

March 22, 2016

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                    *Signature of Server*

                              _____
                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-CV-03444

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **OFFICER RYAN GULLI**
was received by me on *(date)* **03/23/2016** .

☐ I personally served the summons on the individual at *(place)*
 on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
 , a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **OFFICER M. KICKERT STAR# 38** , who is
designated by law to accept service of process on behalf of *(name of organization)* **MIDLOTHIAN POLICE DEPARTMENT** on *(date)* **03/25/2016** ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:


My fees are $ for travel and $ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: 03/27/2016

*Server's signature*

**LARRY BIELA / SPECIAL PROCESS SERVER**
*Printed name and title*

**4210 W IRVING PARK ROAD
CHICAGO, IL. 60641
ILLINOIS LICENSE 115-001755**

*Server's address*

Additional information regarding attempted service, etc:

** SERVICE ADDRESS, 14801 S PULASKI ROAD, MIDLOTIAN, IL. 60445 **